# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN YIM, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> -vs- <br><br> ACE RENT A CAR RESERVATIONS, INC. D/B/A ACE RENT A CAR, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.1:24-cv-02121-TWP-MJD <br> ) (Removal from Marion Superior Court, <br> ) Cause No. 49D01-2409-PL-044171) <br> ) <br> ) <br> ) |

## ORDER APPROVING
## STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Stipulation of Dismissal with Prejudice filed by Plaintiff, Brian Yim, and Defendant, ACE Rent A Car Reservations, Inc. d/b/a ACE Rent A Car;

And, being duly advised in the premises, hereby finds that the Stipulation of Dismissal with Prejudice should be approved.

IT IS THEREFORE ORDERED that the Stipulation of Dismissal with Prejudice is hereby approved. The legal proceedings between Plaintiff, Brian Yim, and Defendant, ACE Rent A Car Reservations, Inc. d/b/a ACE Rent A Car, are hereby dismissed with prejudice, costs paid.

SO ORDERED.

Date: 8/6/2025

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Counsel of record (via CM/ECF System)